24099

Jill JOHNSON, Appellant v. RENTAL UNIFORM SERVICE OF GREENVILLE, S.C., INC., CRS Sirrine, Engelhard Corporation, Safeco, Inc., Industrial Safety Supply Company, Inc. and Bryant Electric Company, Inc., Defendants, Of which Engelhard Corporation is Respondent.

(447 S.E. (2d) 184)

Supreme Court

*Joseph A. Mooneyham*, of *Harris & Graves, P.A.*, Greenville, *for appellant.*

*Saunders M. Bridges, Jr.* and *Gena Phillips Ervin*, of *Bridges, Orr, McEachin, Derrick & Ervin*, Florence, *for respondent.*

Heard May 5, 1994.

Decided June 20, 1994.

*Per Curiam:*

After careful consideration, we decline to adopt the "dual capacity" doctrine as the law of South Carolina. *See Parker v. Williams and Madjanik, Inc.*, 275 S.C. 65, 267 S.E. (2d) 524 (1980); 2A Larson, *Workmen's Compensation Law* §§ 72:80; 72:81(C) (1993). Accordingly, the circuit court order is affirmed.

/s/ David W. Harwell C.J.
/s/ A. Lee Chandler A.J.
/s/ Ernest A. Finney, Jr. A.J.
/s/ Jean H. Toal A.J.
/s/ James E. Moore A.J.